THE STATE EX REL. SMITH, APPELLANT, *v.* VEACH
TRUCKING, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Smith v. Veach Trucking,
Inc.*, 111 Ohio St.3d 261, 2006-Ohio-5697.]

(No. 2005–1808—Submitted September 19, 2006—Decided November 15, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.

Angela D. Marinakis, for appellant.

Jim Petro, Attorney General, and Sue A. Wetzel, Assistant Attorney General, for appellee Industrial Commission of Ohio.